IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTONIO JOHNSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3137

Opinion filed January 6, 2017.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Nancy A. Daniels, Public Defender, and Kathleen Stover, Assistant Public
Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tayo Popoola and Jennifer Moore, Assistant
Attorneys General, Tallahassee, for Appellee.

WOLF, J.

     Appellant challenges the revocation of his probation. We hold that the trial

court did not abuse its discretion in determining that the State had proven

appellant's violation and in revoking appellant's probation. However, the record

does not reflect a written order of revocation. Pursuant to this court's holding in

Fowler v. State, 79 So. 3d 868, 869 (Fla. 1st DCA 2012), "[a] formal, written order of revocation is required even when the record clearly reflects the trial court's intention to revoke probation and its reasons for doing so."

Thus, though we affirm the revocation of appellant's probation and appellant's resulting sentence, we nonetheless remand for the trial court to enter a formal, written order of revocation. See Brown v. State, 10 So. 3d 1203 (Fla. 4th DCA 2009).

BILBREY and M.K. THOMAS, JJ., CONCUR.